Anthony Paul CROPPER

v.

CATERPILLAR TRACTOR COMPANY.

No. C–8682.

Supreme Court of Texas.

Sept. 20, 1989.

The order of this Court of September 6, 1989 granting the application for writ of error and respondent's cross-points is withdrawn as being improvidently granted.

Application for writ of error is denied.

DORCHESTER GAS PRODUCING COMPANY et al.

v.

Lawrence R. HAGY.

No. C–7555.

Supreme Court of Texas.

Oct. 4, 1989.

Pursuant to the joint motion of the parties, the order of this Court of July 13, 1988 denying the applications for writ of error is withdrawn, the applications for writ of error are granted, the judgment of the court of appeals is set aside and the cause is dismissed as moot. The motion for rehearing is dismissed as moot.

HIGHTOWER, J., not sitting.